# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRIS BUBBENMOYER,**

      **Plaintiff,**

v.                                          Case No:  6:11-cv-1552-Orl-22KRS

**BOCA BARGOONS OF MELBOURNE, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 58) filed on November 9, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 30, 2013 (Doc. No. 66), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion for Summary Judgment is hereby DENIED.  This case remains on the April 1, 2013 trial docket.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2013.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record