**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHRIS BUBBENMOYER,**

        **Plaintiff,**

**-vs-**                           **Case No. 6:11-cv-1552-Orl-22KRS**

**BOCA BARGOONS OF MELBOURNE,
INC.,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT:**

    This cause came on for consideration without oral argument on the following filings made in the above-captioned case:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S VERIFIED MOTION FOR TAXATION OF COSTS (Doc. No. 96)** |
| **FILED:** | **May 1, 2013** |

| | |
|---|---|
| **MOTION:** | **JOINT STIPULATION REGARDING MOTION FOR TAXATION OF COSTS (Doc. No. 98)** |
| **FILED:** | **May 20, 2013** |

    The Court entered final judgment in favor of Defendant on April 17, 2013, and ordered that Defendant is entitled to an award of costs as provided in 28 U.S.C. § 1920. Doc. No. 95. On May 1, 2013, Defendant filed its verified motion for taxation of costs, seeking an award of $1,689.18 in costs pursuant to Fed. R. Civ. P. 54 and 28 U.S.C. § 1920. Doc. No. 96. Plaintiff filed his response

in opposition to Defendant's motion on May 16, 2013. Doc. No. 97. Thereafter, the parties filed a joint stipulation regarding Defendant's motion for costs, whereby the parties stipulated that Defendant is entitled to the entry of a cost judgment in the amount of $1,000.00 for the taxable costs incurred in this matter. Doc. No. 98.

In light of this joint stipulation, I **RESPECTFULLY RECOMMEND** that the Court **DENY as moot** Defendant's verified motion for taxation of costs and, pursuant to the terms of the joint stipulation, direct the Clerk of Court to tax costs against Plaintiff in the amount of $1,000.00 and include those costs in the final judgment.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 22, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy