**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHRIS BUBBENMOYER,

        Plaintiff,

v.                                Case No. 6:11-cv-1552-Orl-37KRS

BOCA BARGOONS OF MELBOURNE, INC.,

        Defendant.

**ORDER**

This cause is before the Court on U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 99), filed May 22, 2013.

The jury found in favor of Defendant on Plaintiff's Fair Labor Standards Act claim. (Doc. 94.) The Court entered judgment in favor of Defendant and provided that Defendant was entitled to an award of costs. (Doc. 95.) Defendant then filed its verified motion for taxation of costs, seeking an award of $1,689.18. (Doc. 96.) Plaintiff opposed. (Doc. 97.) The parties subsequently stipulated to an award of costs in the amount of $1,000.00. (Doc. 98.)

U.S. Magistrate Judge Karla R. Spaulding recommended that the Court deny as moot Defendant's motion for taxation of costs and direct the Clerk of Court to tax costs against Plaintiff in the amount of $1,000.00 pursuant to the parties' stipulation. (Doc. 99.)

After an independent review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation (Doc. 99).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 99) is **ADOPTED AND CONFIRMED** and made a part of this Order.

2. Defendant's Verified Motion for Taxation of Costs (Doc. 96) is **DENIED AS MOOT**.

3. The Clerk is **DIRECTED** to tax costs against Plaintiff in the amount of $1,000.00.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 11, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

The Honorable Karla R. Spaulding